UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BRIAN TULLIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:22-CV-00192 |
| | § | |
| EXXONMOBIL CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

On December 2, 2022, United States Magistrate Judge Julie K. Hampton issued a "Memorandum and Recommendation" (M&R, D.E. 25).  The parties were provided proper notice of, and opportunity to object to, the Magistrate Judge's M&R.  Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13.  No objections have been timely filed.

When no timely objection to a magistrate judge's M&R is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's M&R. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's M&R (D.E. 25), and all other relevant documents in the record, and finding no clear error, the Court **ADOPTS** as its own the findings and conclusions of the Magistrate Judge.  Accordingly, ExxonMobil's motion to dismiss (D.E. 7) is **DENIED**, ExxonMobil's motion to stay (D.E. 8) is **GRANTED**, Tullis's motion for discovery (D.E.

11) is **DENIED WITHOUT PREJUDICE**, and this case is **STAYED** pending the

decision of the United States Supreme Court in *Hewitt v. Helix Energy Solutions, Inc.*, 15

F.4th 289 (5th Cir. 2021), *petition for cert. granted*, 2022 WL 1295708 (U.S. May 2, 2022)

(No. 21-984).

        ORDERED on January 18, 2023.

                                                   NELVA GONZALES RAMOS
                                                   UNITED STATES DISTRICT JUDGE