United States District Court
Southern District of Texas
**ENTERED**
November 06, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BRIAN TULLIS, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 2:22-CV-00192 |
| EXXONMOBIL CORPORATION, | § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to the parties' Joint Stipulation of Dismissal with Prejudice (D.E. 41), the Court enters final judgment dismissing this action with prejudice.

**ORDERED** on November 6, 2023.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE